UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NORTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>　　　　Defendant. | Case No. 24-cv-07727-NC<br><br>**ORDER TO SHOW CAUSE REGARDING CORPORATE DISCLOSURE STATEMENT**<br><br>Re: ECF 10 |

　　　　Defendant Southwest Airlines Co. filed a Corporate Disclosure Statement for this matter pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1 on January 28, 2025. ECF 10. The disclosure states, in part, "The Vanguard Group . . . [has] filed a Form 13G with the Securities and Exchange Commission stating that [it] owns 10% or more of Southwest's shares." ECF 10 at 1.

　　　　To better assess any recusal issues, the Court requests that Southwest provide additional detail regarding Vanguard's aggregate ownership or management of Southwest's shares. Such elaboration may include Vanguard's specific percentage of ownership interest in Southwest shares; whether that percentage of ownership is considered a controlling share; whether Vanguard maintains any representation on Southwest's board or leadership bodies; how dispersed Vanguard's holdings of Southwest's shares are between Vanguard's subsidiaries; and any other information

Southwest may deem informative for the Court to consider.

Southwest must provide the Court with this information by February 12, 2025.

**IT IS SO ORDERED.**

Dated: January 29, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge